1 | STEPHEN J. AKERLEY (S.B. #160757)
    sakerley@omm.com
2 | ERIC AMDURSKY (S.B. #180288)
    eamdursky@omm.com
3 | PETER T. SNOW (S.B. #222117)
    psnow@omm.com
4 | O'MELVENY & MYERS LLP
    2765 Sand Hill Road
5 | Menlo Park, California 94025
    Telephone:    (415) 984-8700
6 | Facsimile:    (415) 984-8701

7 | JILLIAN R. WEADER (S.B. #251311)
    jweader@omm.com
8 | O'MELVENY & MYERS LLP
    2 Embarcadero Center, 28th Floor
9 | San Francisco, CA 94111
    Telephone:    (415) 984-8700
10 | Facsimile:    (415) 984-8701

11 | Attorneys for Defendants
     DeviceVM, INC. a Delaware corporation, and
12 | BENEDICT CHONG, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation, | Case No. C 09-04697-CW |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SCHEDULING MATTERS** |
| v. | |
| DEVICEVM, Inc., a Delaware corporation, and BENEDICT CHONG, an individual, | |
| Defendants. | |

1  WHEREAS, on August 31, 2009, Plaintiff filed the First Amended Complaint in the
2  Superior Court of the State of California in and for the County of Santa Clara;

3  WHEREAS, on October 1, 2009, Defendants timely removed the case to this Court
4  pursuant to its federal question jurisdiction under 28 U.S.C. § 1441(a);

5  WHEREAS, on October 8, 2009, Defendants filed a Motion to Dismiss Counts 2, 3, 4 and
6  5 of the First Amended Complaint;

7  WHEREAS, on October 16, 2009, this case was reassigned to the Honorable Claudia
8  Wilken for all further proceedings;

9  WHEREAS, on October 20, 2009, this Court entered a Case Management Scheduling
10 Order for Reassigned Civil Case ("Case Management Order"), which set the hearing on
11 Defendants' Motion to Dismiss for December 3, 2009;

12 WHEREAS, the Case Management Order stated that Plaintiff's Opposition brief to
13 Defendants' Motion to Dismiss shall be filed by November 12, 2009, and that Defendants' Reply
14 brief in support of the Motion to Dismiss shall be filed by November 19, 2009;

15 WHEREAS, the parties have met and conferred and agreed to continue the hearing date
16 for Defendants' Motion to Dismiss due to a scheduling conflict on behalf of DeviceVM's lead
17 counsel;

18 NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
19 request that the Court enter an order, as follows:

20  1.  The hearing on Defendants' Motion to Dismiss shall be continued to December 10,
21 2009, at 2 p.m.;

22  2.  Plaintiff's Opposition brief shall remain due by no later than November 12, 2009;

23  3.  Defendants' Reply brief shall remain due by no later than November 19, 2009.

24  IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated:  November 5, 2009                By:      /s/
                                            Stephen J. Akerley

                                        Attorneys for Defendants DeviceVM, Inc.
                                        and Benedict Chong

- 1 -    STIPULATION AND [PROPOSED] ORDER
         CASE NO. C 09-04697-CW

1
2   MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, P.C.
3
4   Dated:   November 5, 2009                By:         /s/
                                                 Karineh Khachatourian
                                                 Bryan Sinclair
5
6   Attorneys for Plaintiff Phoenix Technologies, Ltd.

7
8
9       I, Stephen J. Akerley, am the ECF User whose ID and password are being used to file this
10  Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General
11  Order 45, X.B., I hereby attest that Karineh Khachatourian has concurred in this filing.
12
                                            By:       /s/
13                                               Stephen J. Akerley
14

15                                      **O R D E R**

16      PURSUANT TO STIPULATION, IT IS SO ORDERED.

17
18  DATED:  ____Nov. 5_, 2009                _____
                                             The Honorable Claudia Wilken
19                                           United States District Judge

20
21
22
23
24
25
26
27
28

- 2 -   STIPULATION AND [PROPOSED] ORDER
        CASE NO. C 09-04697-CW