**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., | |
| Plaintiff, | No. 09-4697-EDL |
| v. | **ORDER DENYING EX PARTE REQUEST FOR CONTINUANCE** |
| DEVICEVM, INC., ET AL., | |
| Defendants. | |

Defendants DeviceVM Inc. and Benedict Chong have submitted an ex parte request to continue the hearing on Plaintiff's Motion to Compel that is currently scheduled for Tuesday, December 22, 2009. The Court has considered Defendants' position, but DENIES Defendants' request. The hearing on Plaintiff's Motion to Compel shall be held on December 22, 2009 as scheduled.

Dated: December 18, 2009

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge