KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 251-7700
Facsimile:   (650) 251-7739

Attorneys for Plaintiff and Counter-Defendant,
PHOENIX TECHNOLOGIES LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEVICEVM, INC., a Delaware corporation, and BENEDICT CHONG, an individual,<br><br>　　　　　Defendants. | Case No.  4:09-cv-04697-CW (EDL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING DATE AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER BASED ON CAL. CIV. PROC. CODE § 2019.210**<br>AS MODIFIED<br><br>Complaint filed:　　July 17, 2009<br>Trial Date:　　　　None Set |

---

STIPULATION TO CONTINUE HEARING　　　　　　　　　　Case No. 4:09-cv-04697-CW (EDL)

# STIPULATION

WHEREAS, on December 21, 2009 Defendants DeviceVM, Inc. and Benedict Chong filed a Motion for Protective Order Based on Cal. Civ. Proc. Code § 2019.210 ("the Motion") and set the hearing date for January 26, 2010 at 9:00 a.m. before the Honorable Elizabeth D. Laporte;

WHEREAS, counsel for Defendants and Plaintiff Phoenix Technologies Ltd. ("Plaintiff") appeared before the Honorable Elizabeth D. Laporte on December 22, 2009;

WHEREAS, counsel for Defendants and Plaintiff have agreed to a continuance of the hearing date and briefing schedule related to the Motion;

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE to continue the Motion hearing date and briefing schedule as follows:

- The last court day for Plaintiff to file its opposition to the Motion is continued from January 5, 2010 to January 12, 2010;
- The last court day for Defendants to file their reply is continued from January 12, 2010 to January 19, 2010;
- The last court day for Plaintiff to submit its Rule 79-5 declaration in response to Defendants' motion to seal is January 12, 2010; and
- The hearing date for the Motion is continued from January 26, 2010 to February 2, 2010 at 9:00 a.m. ~~or as soon thereafter as the Court's schedule permits.~~

**IT IS SO STIPULATED.**

Dated: December 22, 2009    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Karineh Khachatourian
By: KARINEH KHACHATOURIAN
BRYAN J. SINCLAIR
JEFFREY M. RATINOFF

Attorneys for Plaintiff and Counter-Defendant,
PHOENIX TECHNOLOGIES LTD.

//
//
//
//

- 1 -
STIPULATION TO CONTINUE HEARING    Case No. 4:09-cv-04697-CW (EDL)

| | |
|---|---|
| Dated:  December 22, 2009 | O'MELVENY & MYERS LLP |
| | /s/ Eric J. Amdursky |
| | By: STEPHEN J. AKERLEY<br>ERIC J. AMDURSKY<br>PETER T. SNOW |
| | Attorneys for Defendant and Counterclaimant, DEVICEVM, INC. and Defendant BENEDICT CHONG. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 23, 2009

*Elizabeth D. Laporte*

THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

<u>ATTESTATION</u>

I, Karineh Khachatourian, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Hearing Date and Briefing Schedule Regarding Defendants' Motion for Protective Order.  In compliance with General Order 45. X.B., I hereby attest that Eric J. Amdursky has concurred in this filing.

| | |
|---|---|
| Dated:  December 22, 2009 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| | /s/ Karineh Khachatourian |
| | By: KARINEH KHACHATOURIAN<br>BRYAN J. SINCLAIR<br>JEFFREY M. RATINOFF |
| | Attorneys for Plaintiff and Counter-Defendant, PHOENIX TECHNOLOGIES LTD. |

4796816v.2