| | |
|---|---|
| 1 | KARINEH KHACHATOURIAN (SBN 202634) |
| | Email: kkhachatourian@mintz.com |
| 2 | BRYAN J. SINCLAIR (SBN 205885) |
| | Email: bsinclair@mintz.com |
| 3 | JEFFREY M. RATINOFF (SBN 197241) |
| | Email: jratinoff@mintz.com |
| 4 | MINTZ LEVIN COHN FERRIS GLOVSKY |
| | AND POPEO P.C. |
| 5 | 5 Palo Alto Square - 6th Floor |
| | 3000 El Camino Real |
| 6 | Palo Alto, CA  94306-2155 |
| | Telephone:  (650) 251-7700 |
| 7 | Facsimile:   (650) 251-7739 |
| 8 | Attorneys for Plaintiff and Counter-Defendant, |
| | PHOENIX TECHNOLOGIES LTD. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation, | Case No.  4:09-cv-04697-CW (EDL) |
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER BASED ON CAL. CIV. PROC. CODE § 2019.210** |
| vs. | |
| DEVICEVM, INC., a Delaware corporation, and BENEDICT CHONG, an individual, | |
| Defendants. | |
| | Complaint filed:  July 17, 2009 |
| | Trial Date:  None Set |

SECOND STIPULATION TO CONTINUE HEARING          Case No. 4:09-cv-04697-CW (EDL)

**STIPULATION**

WHEREAS, on December 21, 2009 Defendants DeviceVM, Inc. and Benedict Chong filed a Motion for Protective Order Based on Cal. Civ. Proc. Code § 2019.210 ("the Motion") and set the hearing date for January 26, 2010 at 9:00 a.m. before the Honorable Elizabeth D. Laporte;

WHEREAS, counsel for Defendants and Plaintiff Phoenix Technologies Ltd. ("Plaintiff") appeared before the Honorable Elizabeth D. Laporte on December 22, 2009;

WHEREAS, counsel for Defendants and Plaintiff have agreed to a further continuance of the hearing date and briefing schedule related to the Motion as a result of counsel for Plaintiff's pending change of law firms;

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE to continue the Motion hearing date and briefing schedule as follows:

- The last court day for Plaintiff to file its opposition to the Motion is continued from January 12, 2010 to January 19, 2010;
- The last court day for Defendants to file their reply is continued from January 19, 2010 to January 26, 2010;
- The last court day for Plaintiff to submit its Rule 79-5 declaration in response to Defendants' motion to seal is January 19, 2010; and
- The hearing date for the Motion is continued from February 2, 2010 to February 9, 2010 at 9:00 a.m. or as soon thereafter as the Court's schedule permits.

**IT IS SO STIPULATED.**

Dated: January 5, 2010

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Bryan J. Sinclair
By:  KARINEH KHACHATOURIAN
BRYAN J. SINCLAIR
JEFFREY M. RATINOFF

Attorneys for Plaintiff and Counter-Defendant,
PHOENIX TECHNOLOGIES LTD.

//

//

//

- 1 -

SECOND STIPULATION TO CONTINUE HEARING   Case No. 4:09-cv-04697-CW (EDL)

Dated: January 5, 2010                O'MELVENY & MYERS LLP

                                      /s/ Peter T. Snow
                                      By:   STEPHEN J. AKERLEY
                                            ERIC J. AMDURSKY
                                            PETER T. SNOW

                                      Attorneys for Defendant and Counterclaimant,
                                      DEVICEVM, INC. and Defendant BENEDICT CHONG.

<u>ATTESTATION</u>

I, Bryan J. Sinclair, am the ECF User whose ID and password are being used to file this Second Stipulation and [Proposed] Order Continuing the Hearing Date and Briefing Schedule Regarding Defendants' Motion for Protective Order. In compliance with General Order 45. X.B., I hereby attest that Peter T. Snowy has concurred in this filing.

Dated: January 5, 2010                MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

                                      /s/ Bryan J. Sinclair
                                      By:   KARINEH KHACHATOURIAN
                                            BRYAN J. SINCLAIR
                                            JEFFREY M. RATINOFF

                                      Attorneys for Plaintiff and Counter-Defendant,
                                      PHOENIX TECHNOLOGIES LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2010

                                      /s/ Elizabeth D. Laporte
                                      THE HONORABLE ELIZABETH D. LAPORTE
                                      UNITED STATES MAGISTRATE JUDGE

4803888v.1

- 2 -
SECOND STIPULATION TO CONTINUE HEARING            Case No. 4:09-cv-04697-CW (EDL)