KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Plaintiff and Counter-Defendant,
PHOENIX TECHNOLOGIES LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>DEVICEVM, INC., a Delaware corporation, and BENEDICT CHONG, an individual,<br><br>             Defendants. | Case No. 4:09-cv-04697-CW (EDL)<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER BASED ON CAL. CIV. PROC. CODE § 2019.210**<br><br>Complaint filed:   July 17, 2009<br>Trial Date:            None Set |

**STIPULATION**

WHEREAS, on December 21, 2009 Defendants DeviceVM, Inc. and Benedict Chong filed a Motion for Protective Order Based on Cal. Civ. Proc. Code § 2019.210 ("the Motion") and set the hearing date for January 26, 2010 at 9:00 a.m. before the Honorable Elizabeth D. Laporte;

WHEREAS, counsel for Defendants and Plaintiff Phoenix Technologies Ltd. ("Plaintiff") appeared before the Honorable Elizabeth D. Laporte on December 22, 2009;

WHEREAS, counsel for Defendants and Plaintiff have agreed to a further continuance of the hearing date and briefing schedule related to the Motion as a result of counsel for Plaintiff's pending change of law firms;

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE to continue the Motion hearing date and briefing schedule as follows:

- The last court day for Plaintiff to file its opposition to the Motion is continued from January 12, 2010 to January 19, 2010;
- The last court day for Defendants to file their reply is continued from January 19, 2010 to January 26, 2010;
- The last court day for Plaintiff to submit its Rule 79-5 declaration in response to Defendants' motion to seal is January 19, 2010; and
- The hearing date for the Motion is continued from February 2, 2010 to February 9, 2010 at 9:00 a.m. or as soon thereafter as the Court's schedule permits.

**IT IS SO STIPULATED.**

Dated: January 5, 2010

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Bryan J. Sinclair
By: KARINEH KHACHATOURIAN
BRYAN J. SINCLAIR
JEFFREY M. RATINOFF

Attorneys for Plaintiff and Counter-Defendant,
PHOENIX TECHNOLOGIES LTD.

//
//
//

- 1 -
SECOND STIPULATION TO CONTINUE HEARING          Case No. 4:09-cv-04697-CW (EDL)

| | | |
|---|---|---|
| Dated: January 5, 2010 | O'MELVENY & MYERS LLP | |

<pre>                            /s/ Peter T. Snow
                      By:   STEPHEN J. AKERLEY
                            ERIC J. AMDURSKY
                            PETER T. SNOW

                            Attorneys for Defendant and Counterclaimant,
                            DEVICEVM, INC. and Defendant BENEDICT CHONG.</pre>

<u>ATTESTATION</u>

I, Bryan J. Sinclair, am the ECF User whose ID and password are being used to file this Second Stipulation and [Proposed] Order Continuing the Hearing Date and Briefing Schedule Regarding Defendants' Motion for Protective Order. In compliance with General Order 45. X.B., I hereby attest that Peter T. Snowy has concurred in this filing.

Dated: January 5, 2010            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

<pre>                            /s/ Bryan J. Sinclair
                      By:   KARINEH KHACHATOURIAN
                            BRYAN J. SINCLAIR
                            JEFFREY M. RATINOFF

                            Attorneys for Plaintiff and Counter-Defendant,
                            PHOENIX TECHNOLOGIES LTD.</pre>

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2010

<pre>                            /s/ Elizabeth D. Laporte
                            THE HONORABLE ELIZABETH D. LAPORTE
                            UNITED STATES MAGISTRATE JUDGE</pre>

4803888v.1

- 2 -
SECOND STIPULATION TO CONTINUE HEARING       Case No. 4:09-cv-04697-CW (EDL)