1  STEPHEN J. AKERLEY (S.B. #160757)
   sakerley@omm.com
2  ERIC J. AMDURSKY (S.B. #180288)
   eamdursky@omm.com
3  PETER T. SNOW (S.B. #222117)
   psnow@omm.com
4  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
5  Menlo Park, California 94025
   Telephone:  (650) 473-2600
6  Facsimile:  (650) 473-2601

7  JILLIAN R. WEADER (S.B. #251311)
   jweader@omm.com
8  O'MELVENY & MYERS LLP
   2 Embarcadero Center, 28th Floor
9  San Francisco, CA 94111
   Telephone:  (415) 984-8700
10 Facsimile:  (415) 984-8701

11 Attorneys for Defendants
   DEVICEVM, INC. a Delaware corporation, and
12 BENEDICT CHONG, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEVICEVM, Inc., a Delaware corporation, and BENEDICT CHONG, an individual,<br><br>Defendants.<br><br>DEVICEVM, Inc., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>Counterclaim-defendant. | CASE NO. C 09-04697-CW (EDL)<br><br>**THIRD JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER BASED ON CAL. CIV. PROC. CODE § 2019.210**<br>AS MODIFIED<br>Judge:  Hon. Elizabeth D. Laporte<br>Hearing Date:  Feb. 9, 2010 |

## STIPULATION

WHEREAS, on December 21, 2009, Defendant/Counterclaimant DeviceVM, Inc. and Defendant Benedict Chong (collectively, "Defendants") filed a Motion for Protective Order Based on Cal. Civ. Proc. Code § 2019.210 ("Motion") (Doc. No. 41);

WHEREAS, at the request of Plaintiff Phoenix Technologies Ltd. ("Plaintiff"), on January 5, 2010, Defendants stipulated to an extension of the deadline for Plaintiff to oppose the Motion to January 19, 2010 (Doc. No. 58).

WHEREAS, on January 19, 2010, Plaintiff filed an opposition to the Motion (Doc. No. 64) and served Defendants with an Amended Statement of Trade Secrets, accompanied by fifty-five documents totaling 984 pages (*see* Doc. No. 64 p. 3, n. 2);

WHEREAS, the parties have agreed to a further continuance of the briefing schedule for the Motion to provide adequate time for Defendants and their expert to review the Amended Statement of Trade Secrets and accompanying documents;

WHEREAS, Defendants' review of these documents is necessary to determine whether Defendants have any objection to Plaintiff's Amended Statement of Trade Secrets under Cal. Civ. Proc. Code § 2019.210, or if the Motion is now moot;

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE to continue the Motion briefing schedule as follows:

- The last court day for Defendants to file a reply in support of the Motion is continued from January 26, 2010 to February 2, 2010.

- The hearing date on the Motion shall remain February 9, 2010.

**IT IS SO STIPULATED.**

Dated: January 21, 2010

STEPHEN J. AKERLEY
ERIC J. AMDURSKY
PETER T. SNOW
JILLIAN R. WEADER

O'MELVENY & MYERS LLP

By:      /s/
    Peter T. Snow
    Attorneys for Defendants
    DeviceVM, Inc. and Benedict Chong

Dated: January 21, 2010

KARINEH KHACHATOURIAN
BRYAN J. SINCLAIR

K&L GATES LLP

By:      /s/
    Bryan Sinclair
    Attorneys for Plaintiff
    Phoenix Technologies Ltd.

## **ATTESTATION**

I, Peter T. Snow, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order that Motion to Dismiss Counterclaim for Tortious Interference Is Now Moot. In compliance with General Order 45. X.B., I hereby attest that Bryan Sinclair has concurred in this filing.

Dated: January 21, 2010

O'MELVENY & MYERS LLP

By:      /s/
    Peter T. Snow
    Attorneys for Defendants
    DeviceVM, Inc. and Benedict Chong

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The hearing date for the Motion is continued to February 16, 2010 at 9:00 a.m.

Dated: January 22, 2010             By: /s/ Elizabeth D. Laporte
                                       The Honorable Elizabeth D. Laporte
                                       United States Maigstrate Judge

JOINT STIP. RE BRIEFING SCHEDULE
CASE NO. C 09-04697-CW (EDL)