| | |
|---|---|
| 1 | STEPHEN J. AKERLEY (S.B. #160757) |
|   | sakerley@omm.com |
| 2 | ERIC J. AMDURSKY (S.B. #180288) |
|   | eamdursky@omm.com |
| 3 | PETER T. SNOW (S.B. #222117) |
|   | psnow@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 2765 Sand Hill Road |
| 5 | Menlo Park, California  94025 |
|   | Telephone:    (650) 473-2600 |
| 6 | Facsimile:     (650) 473-2601 |
| 7 | JILLIAN R. WEADER (S.B. #251311) |
|   | jweader@omm.com |
| 8 | O'MELVENY & MYERS LLP |
|   | 2 Embarcadero Center, 28th Floor |
| 9 | San Francisco, CA 94111 |
|   | Telephone:    (415) 984-8700 |
| 10 | Facsimile:     (415) 984-8701 |
| 11 | Attorneys for Defendants |
|   | DEVICEVM, INC. a Delaware corporation, and |
| 12 | BENEDICT CHONG, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation, | | CASE NO.  C 09-04697-CW (EDL) |
| Plaintiff, | | **THIRD JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER BASED ON CAL. CIV. PROC. CODE § 2019.210** AS MODIFIED |
| v. | | |
| DEVICEVM, Inc., a Delaware corporation, and BENEDICT CHONG, an individual, | | |
| Defendants. | | Judge:         Hon. Elizabeth D. Laporte |
| | | Hearing Date:  Feb. 9, 2010 |
| DEVICEVM, Inc., a Delaware corporation, | | |
| Counterclaimant, | | |
| v. | | |
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation, | | |
| Counterclaim-defendant. | | |

JOINT STIP. RE BRIEFING SCHEDULE
CASE NO. C 09-04697-CW (EDL)

## STIPULATION

WHEREAS, on December 21, 2009, Defendant/Counterclaimant DeviceVM, Inc. and Defendant Benedict Chong (collectively, "Defendants") filed a Motion for Protective Order Based on Cal. Civ. Proc. Code § 2019.210 ("Motion") (Doc. No. 41);

WHEREAS, at the request of Plaintiff Phoenix Technologies Ltd. ("Plaintiff"), on January 5, 2010, Defendants stipulated to an extension of the deadline for Plaintiff to oppose the Motion to January 19, 2010 (Doc. No. 58).

WHEREAS, on January 19, 2010, Plaintiff filed an opposition to the Motion (Doc. No. 64) and served Defendants with an Amended Statement of Trade Secrets, accompanied by fifty-five documents totaling 984 pages (*see* Doc. No. 64 p. 3, n. 2);

WHEREAS, the parties have agreed to a further continuance of the briefing schedule for the Motion to provide adequate time for Defendants and their expert to review the Amended Statement of Trade Secrets and accompanying documents;

WHEREAS, Defendants' review of these documents is necessary to determine whether Defendants have any objection to Plaintiff's Amended Statement of Trade Secrets under Cal. Civ. Proc. Code § 2019.210, or if the Motion is now moot;

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE to continue the Motion briefing schedule as follows:

- The last court day for Defendants to file a reply in support of the Motion is continued from January 26, 2010 to February 2, 2010.

- The hearing date on the Motion shall remain February 9, 2010.

**IT IS SO STIPULATED.**

JOINT STIP. RE BRIEFING SCHEDULE
CASE NO. C 09-04697-CW (EDL)

| | |
|---|---|
| Dated: January 21, 2010 | STEPHEN J. AKERLEY<br>ERIC J. AMDURSKY<br>PETER T. SNOW<br>JILLIAN R. WEADER<br><br>O'MELVENY & MYERS LLP<br><br>By:　/s/<br>　　Peter T. Snow<br>　　Attorneys for Defendants<br>　　DeviceVM, Inc. and Benedict Chong |
| Dated: January 21, 2010 | KARINEH KHACHATOURIAN<br>BRYAN J. SINCLAIR<br><br>K&L GATES LLP<br><br>By:　/s/<br>　　Bryan Sinclair<br>　　Attorneys for Plaintiff<br>　　Phoenix Technologies Ltd. |

## **ATTESTATION**

I, Peter T. Snow, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order that Motion to Dismiss Counterclaim for Tortious Interference Is Now Moot. In compliance with General Order 45. X.B., I hereby attest that Bryan Sinclair has concurred in this filing.

| | |
|---|---|
| Dated: January 21, 2010 | O'MELVENY & MYERS LLP<br><br>By:　/s/<br>　　Peter T. Snow<br>　　Attorneys for Defendants<br>　　DeviceVM, Inc. and Benedict Chong |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The hearing date for the Motion is continued to February 16, 2010 at 9:00 a.m.

2

3

4   Dated: __January 22, 2010__     By: _____Elizabeth D. Laporte_____
                                      The Honorable Elizabeth D. Laporte
5                                     United States Maigstrate Judge