STEPHEN J. AKERLEY (S.B. #160757)
  sakerley@omm.com
ERIC J. AMDURSKY (S.B. #180288)
  eamdursky@omm.com
PETER T. SNOW (S.B. #222117)
  psnow@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

JILLIAN R. WEADER (S.B. #251311)
  jweader@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
DEVICEVM, INC. a Delaware corporation, and
BENEDICT CHONG, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEVICEVM, Inc., a Delaware corporation, and BENEDICT CHONG, an individual,<br><br>　　　　　Defendants.<br><hr>DEVICEVM, Inc., a Delaware corporation,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>　　　　　Counterclaim-defendant. | CASE NO. C 09-04697-CW (EDL)<br><br>**JOINT STIPULATION AND ORDER THAT MOTION TO DISMISS COUNTERCLAIM FOR TORTIOUS INTERFERENCE IS NOW MOOT**<br><br><br>Judge:　　Hon. Claudia A. Wilken<br>Trial Date: None Set |

# **STIPULATION**

WHEREAS, on December 30, 2009, Phoenix Technologies Ltd. ("Phoenix") filed a Motion to Dismiss the Fourth Claim of DeviceVM, Inc.'s Counterclaims (for Tortious Interference with Prospective Economic Advantage) (Doc. No. 54);

WHEREAS, on January 8, 2010, Defendant/Counterclaimant DeviceVM, Inc. filed Amended Counterclaims against Phoenix (Doc. No. 63) that removed the Claim for Tortious Interference with Prospective Economic Advantage, rendering Phoenix's Motion to Dismiss DeviceVM's Fourth Counterclaim moot.

**IT IS SO STIPULATED.**

Dated: January 21, 2010

STEPHEN J. AKERLEY
ERIC J. AMDURSKY
PETER T. SNOW
JILLIAN R. WEADER

O'MELVENY & MYERS LLP

By:  /s/
  Peter T. Snow
  Attorneys for Defendants
  DeviceVM, Inc. and Benedict Chong

Dated: January 21, 2010

KARINEH KHACHATOURIAN
BRYAN J. SINCLAIR

K&L GATES LLP

By:  /s/
  Karineh Khachatourian
  Attorneys for Plaintiff
  Phoenix Technologies Ltd.

## **ATTESTATION**

I, Peter T. Snow, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order that Motion to Dismiss Counterclaim for Tortious Interference Is Now Moot. In compliance with General Order 45. X.B., I hereby attest that Karineh Khachatourian has concurred in this filing.

Dated: January 21, 2010

STEPHEN J. AKERLEY
ERIC J. AMDURSKY
PETER T. SNOW
JILLIAN R. WEADER

O'MELVENY & MYERS LLP

By: /s/
Peter T. Snow
Attorneys for Defendants
DeviceVM, Inc. and Benedict Chong

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/25/10

By: *[signature: Claudia Wilken]*
The Honorable Claudia A. Wilken
United States District Judge

MP1:1188710.1

- 3 -

JOINT STIP. RE MOTION TO DISMISS
CASE NO. C 09-04697-CW (EDL)