STEPHEN J. AKERLEY (S.B. #160757)
    sakerley@omm.com
ERIC J. AMDURSKY (S.B. #180288)
    eamdursky@omm.com
PETER T. SNOW (S.B. #222117)
    psnow@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601

JILLIAN R. WEADER (S.B. #251311)
    jweader@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendants
DEVICEVM, INC. a Delaware corporation, and
BENEDICT CHONG, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEVICEVM, Inc., a Delaware corporation, and BENEDICT CHONG, an individual,<br><br>Defendants.<br><br>DEVICEVM, Inc., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>Counterclaim-defendant. | CASE NO.  C 09-04697-CW (EDL)<br><br>**JOINT STIPULATION AND ORDER THAT MOTION TO DISMISS COUNTERCLAIM FOR TORTIOUS INTERFERENCE IS NOW MOOT**<br><br>Judge:     Hon. Claudia A. Wilken<br>Trial Date: None Set |

# STIPULATION

WHEREAS, on December 30, 2009, Phoenix Technologies Ltd. ("Phoenix") filed a Motion to Dismiss the Fourth Claim of DeviceVM, Inc.'s Counterclaims (for Tortious Interference with Prospective Economic Advantage) (Doc. No. 54);

WHEREAS, on January 8, 2010, Defendant/Counterclaimant DeviceVM, Inc. filed Amended Counterclaims against Phoenix (Doc. No. 63) that removed the Claim for Tortious Interference with Prospective Economic Advantage, rendering Phoenix's Motion to Dismiss DeviceVM's Fourth Counterclaim moot.

**IT IS SO STIPULATED.**

Dated: January 21, 2010

STEPHEN J. AKERLEY
ERIC J. AMDURSKY
PETER T. SNOW
JILLIAN R. WEADER

O'MELVENY & MYERS LLP


By: _____/s/_____
    Peter T. Snow
    Attorneys for Defendants
    DeviceVM, Inc. and Benedict Chong

Dated: January 21, 2010

KARINEH KHACHATOURIAN
BRYAN J. SINCLAIR

K&L GATES LLP


By: _____/s/_____
    Karineh Khachatourian
    Attorneys for Plaintiff
    Phoenix Technologies Ltd.

**ATTESTATION**

I, Peter T. Snow, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order that Motion to Dismiss Counterclaim for Tortious Interference Is Now Moot. In compliance with General Order 45. X.B., I hereby attest that Karineh Khachatourian has concurred in this filing.

Dated: January 21, 2010

STEPHEN J. AKERLEY
ERIC J. AMDURSKY
PETER T. SNOW
JILLIAN R. WEADER

O'MELVENY & MYERS LLP

By:   /s/
        Peter T. Snow
        Attorneys for Defendants
        DeviceVM, Inc. and Benedict Chong

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/25/10            By: _____
                                The Honorable Claudia A. Wilken
                                United States District Judge

MP1:1188710.1

- 3 -   JOINT STIP. RE MOTION TO DISMISS
        CASE NO. C 09-04697-CW (EDL)