1 KARINEH KHACHATOURIAN (SBN 202634)
karineh.khachatourian@klgates.com
2 BRYAN J. SINCLAIR (SBN 205885)
bryan.sinclair@klgates.com
3 MICHAEL R. HAVEN (SBN 208721)
mike.haven@klgates.com
4 **K&L GATES LLP**
630 Hansen Way
5 Palo Alto, CA 94304
Telephone: 650.798.6700
6 Facsimile: 650.798.6701

7 Attorneys for Plaintiff
PHOENIX TECHNOLOGIES LTD.
8

9 UNITED STATES DISTRICT COURT

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **OAKLAND DIVISION**

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation, | CASE NO. C 09-04697-CW (EDL) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL |
| v. | |
| DEVICEVM, Inc., a Delaware corporation, and BENEDICT CHONG, an individual, | Date: February 9, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Elizabeth D. Laporte<br>Ctrm: E, 15th Floor |
| Defendants. | |
| DEVICEVM, Inc., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation, | |
| Counterclaim-defendant. | |

The Court having considered Defendants' DeviceVM, Inc. and Benedict Chong ("Defendants") Administrative Motion pursuant to Civil Local Rule 79-5 to file confidential documents under seal, the Declaration of Lesley Boveri In Support Of Defendants' Administrative Motion For Leave to File Confidential Documents Under Seal, and good cause appearing:

Defendants' Administrative Motion is GRANTED. The following documents are properly sealable under Civil Local Rule 79-5:

(a)  The unredacted version of Defendants' Motion for Protective Order Based on California Code of Civil Procedure section 2019.210; and

(b)  Exhibit C to the Declaration of Eric J. Amdursky in Support of Defendants' Motion for Protective Order Based on California Code of Civil Procedure section 2019.210.

IT IS SO ORDERED.

DATED: _February 9, 2010_



1

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. C 09-04697-CW (EDL)