| | |
|---|---|
| 1 | KARINEH KHACHATOURIAN (SBN 202634) |
| | karineh.khachatourian@klgates.com |
| 2 | BRYAN J. SINCLAIR (SBN 205885) |
| | bryan.sinclair@klgates.com |
| 3 | MICHAEL R. HAVEN (SBN 208721) |
| | mike.haven@klgates.com |
| 4 | K&L GATES LLP |
| | 630 Hansen Way |
| 5 | Palo Alto, CA  94304 |
| | Telephone: (650) 798-6700 |
| 6 | Facsimile: (650) 798-6701 |

Attorneys for Plaintiff and Counter-Defendant,
PHOENIX TECHNOLOGIES, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation, | Case No.: 4:09-CV-04697-CW (EDL) |
| Plaintiff, | **STIPULATION AND ORDER REGARDING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| DEVICEVM, INC., a Delaware corporation, and BENEDICT CHONG, an individual, | |
| Defendants. | Judge:  Honorable Claudia Wilken |
| | Room:   Courtroom 2, 4th Floor |
| DEVICEVM, Inc., a Delaware corporation, | |
| Counterclaimant, | Complaint Filed:  July 17, 2009 |
| v. | Trial Date:           TBD |
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation, | |
| Counterclaim-defendant. | |

1   WHEREAS, on August 31, 2009, plaintiff Phoenix Technologies Ltd. ("Plaintiff") filed the First Amended Complaint in the Superior Court of the State of California in and for the County of Santa Clara;

4   WHEREAS, on October 1, 2009, defendants DeviceVM, Inc. and Benedict Chong ("Defendants") timely removed the case to this Court pursuant to its federal question jurisdiction under 28 U.S.C. § 1441(a);

7   WHEREAS, on December 21, 2009, Defendants filed their Answers and Affirmative Defenses to the First Amended Complaint, and on January 8, 2010, Defendant DeviceVM filed Amended Counterclaims against Plaintiff;

10   WHEREAS, on February 4, 2010, Plaintiff filed a separate action in the United States District Court for the Northern District of California against Defendant DeviceVM, Inc. for the alleged infringement of U.S. Patent No. 6,519,659 styled *Phoenix Technologies, LTD v. DeviceVM, Inc.* Case No. 3:10-cv-00514-VRW (the "Phoenix Patent Infringement Case");

14   WHEREAS, the parties have met and conferred and have reached an agreement that will result in: (a) Phoenix being granted leave to further amend the First Amended Complaint in this case by filing a Second Amended Complaint which asserts one additional count for infringement of U.S. Patent No. 6,519,659; and (b) concurrent with the filing of the Second Amended Complaint in this case, Phoenix will file a Notice of Dismissal of Complaint Without Prejudice in the Phoenix Patent Infringement Case;

20   NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

22   1.   Phoenix is granted leave to file a Second Amended Complaint asserting one additional claim for patent infringement within five (5) days of entry of this Order;

24   2.   Defendants responsive pleading shall be due on or before March 19, 2010.

25   IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated:  March 1, 2010

By: /s/ Stephen J. Akerley
      Stephen J. Akerley

Attorneys for Defendants / Counterclaimants,
DeviceVM, Inc. and Benedict Chong

2

K&L GATES LLP

Dated: March 1, 2010

By: /s/ Bryan J. Sinclair
Bryan J. Sinclair

Attorneys for Plaintiff / Counter-Defendant,
Phoenix Technologies, Ltd.

I, Bryan J. Sinclair, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Bryan J. Sinclair has concurred in this filing.

By: /s/ Bryan J. Sinclair
Bryan J. Sinclair

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 22, 2010

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE