1 | DAVID ENZMINGER (S.B. #137065)
denzminger@omm.com
2 | ERIC J. AMDURSKY (S.B. #180288)
eamdursky@omm.com
3 | PETER T. SNOW (S.B. #222117)
psnow@omm.com
4 | O'MELVENY & MYERS LLP
2765 Sand Hill Road
5 | Menlo Park, California 94025
Telephone: (650) 473-2600
6 | Facsimile: (650) 473-2601

7 | JILLIAN R. WEADER (S.B. #251311)
jweader@omm.com
8 | O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
9 | San Francisco, CA 94111
Telephone: (415) 984-8700
10 | Facsimile: (415) 984-8701

11 | Attorneys for Defendants
DEVICEVM, INC. a Delaware corporation, and
12 | BENEDICT CHONG, an individual

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation, | CASE NO. C 09-04697-CW (EDL) |
| Plaintiff, | **JOINT STIPULATION AND ORDER REGARDING RESPONSE TO SECOND AMENDED COMPLAINT** |
| v. | |
| DEVICEVM, Inc., a Delaware corporation, and BENEDICT CHONG, an individual, | Judge: Hon. Claudia A. Wilken<br>Trial Date: None Set |
| Defendants. | |
| DEVICEVM, Inc., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation, | |
| Counterclaim-defendant. | |

**STIPULATION**

WHEREAS, on October 1, 2009, Defendant/Counterclaimant DeviceVM, Inc. ("DeviceVM") and Defendant Benedict Chong ("Chong") (collectively, "Defendants") removed this action from Santa Clara County Superior Court to this Court in the Northern District of California (Doc. No. 1);

WHEREAS, on January 8, 2010, DeviceVM filed Amended Counterclaims against Plaintiff/Counterclaim-Defendant Phoenix Technologies, Ltd. ("Phoenix"), including a claim for patent infringement (Doc. No. 63);

WHEREAS, on February 4, 2010, Phoenix filed a separate action in the Northern District of California, San Jose Division, for patent infringement against DeviceVM (*see* Case No. 10cv00514);

WHEREAS, on March 1, 2010, Defendants and Phoenix filed a stipulation and proposed order (the "Stipulation") agreeing that Phoenix would dismiss its separate patent suit against DeviceVM without prejudice and file a Second Amended Complaint in the instant case, which would include Phoenix's patent claim (Doc. No. 100);

WHEREAS, the Stipulation provided that Phoenix would file the Second Amended Complaint within five days of the Court entering an Order granting the Stipulation, and that Defendants would respond to the Second Amended Complaint by March 19, 2010;

WHEREAS, on March 22, 2010, the Court entered an Order approving the Stipulation as submitted by the parties (Doc. No. 104);

WHEREAS, because the due date for Defendants' responses to the Second Amended Complaint under the Court's Order granting the Stipulation has already passed, but Phoenix has not yet filed the Second Amended Complaint, the parties have agreed that Defendants should have five days from the filing of the Second Amended Complaint to file their responses;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order, as follows:

1.  Defendants' deadline to file an answer or otherwise respond to the Second Amended Complaint shall be within five (5) of the date of its filing with the Court.

**IT IS SO STIPULATED.**

Dated: March 23, 2010

DAVID ENZMINGER
ERIC J. AMDURSKY
PETER T. SNOW
JILLIAN R. WEADER

O'MELVENY & MYERS LLP

By:     /s/
    Peter T. Snow
    Attorneys for Defendants
    DeviceVM, Inc. and Benedict Chong

Dated: March 23, 2010

KARINEH KHACHATOURIAN
BRYAN J. SINCLAIR

K&L GATES LLP

By:     /s/
    Karineh Khachatourian
    Attorneys for Plaintiff
    Phoenix Technologies Ltd.

I, Peter T. Snow, am the ECF user whose ID and password are being used to file this stipulation and [Proposed] Order. In compliance with General Order 45, X B, I hereby attest that Karineh Khachatourian has concurred in this filing.

O'MELVENY & MYERS LLP

By:     /s/
    Peter T. Snow

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/26/2010     By: *[signature]*
    The Honorable Claudia A. Wilken
    United States District Judge