| | |
|---|---|
| 1 | KARINEH KHACHATOURIAN (SBN 202634) |
| | karineh.khachatourian@klgates.com |
| 2 | BRYAN J. SINCLAIR (SBN 205885) |
| | bryan.sinclair@klgates.com |
| 3 | MICHAEL R. HAVEN (SBN 208721) |
| | mike.haven@klgates.com |
| 4 | **K&L GATES LLP** |
| | 630 Hansen Way |
| 5 | Palo Alto, California  94304 |
| | Telephone: 650.798.6700 |
| 6 | Facsimile: 650.798.6701 |
| 7 | |
| | Attorneys for Plaintiff and Counter-Defendant |
| 8 | PHOENIX TECHNOLOGIES LTD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation, | Case No. 4:09-CV-04697-CW (EDL) |
| Plaintiff, | **STIPULATION AND ORDER RE: DISMISSAL** |
| vs. | |
| DEVICEVM, INC., a Delaware corporation, and BENEDICT CHONG, an individual, | Judge: Hon. Claudia Wilken<br>Room:  2, 4th Floor |
| Defendants. | Complaint Filed:  July 17, 2009<br>Trial Date:  September 19, 2011 |
| DEVICEVM, a Delaware corporation,, | |
| Counter-Claimant, | |
| vs. | |
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation, | |
| Counter-Defendant. | |

**Stipulation and [Proposed] Order Re: Dismissal - Case No. 4:09-CV-04697-CW (EDL)**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice in its entirety with each party bearing its own costs and fees.

**K&L GATES LLP**

Dated: May 27, 2010    By: /s/
Karineh Khachatourian

Attorneys for Phoenix Technologies Ltd.

**O'Melveny & Myers LLP**

Dated: May 27, 2010    By: /s/
David Enzminger

Attorneys for DeviceVM, Inc.

### ORDER

Upon the parties' stipulation, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: May 27, 2010    By: 
Honorable Claudia Wilken
United States District Court Judge

1

**Stipulation and [Proposed] Order Re: Dismissal - Case No. 4:09-CV-04697-CW (EDL)**

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: May 27, 2010

By: /s/
Karineh Khachatourian
Attorneys for Phoenix Technologies Ltd.